THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DONALD ARTHUR YAW and MARIETTA DIANNE YAW, Husband and Wife,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, individually and as successor-in-interest to BUFFALO PUMPS, INC., *et al.*,<br><br>　　　　　Defendants. | No. 3:18-cv-05405-BHS<br><br>NOTICE OF SETTLEMENT AS TO DEFENDANT HONEYWELL INTERNATIONAL INC. |

To:　The Honorable Benjamin H. Settle

　　Notice is hereby given that Defendant Honeywell International Inc., f/k/a AlliedSignal, Inc., Successor-in-Interest to The Bendix Corporation ("Honeywell") and Plaintiffs Donald Arthur Yaw and Marietta Yaw have reached a settlement in the above-captioned matter. Plaintiffs and Honeywell will submit a Stipulation and Proposed Order of Dismissal as to Honeywell upon completion of settlement terms.

NOTICE OF SETTLEMENT AS TO DEFENDANT
HONEYWELL INTERNATIONAL INC. (No. 3:18-cv-05405-BHS) –1

141257489.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

| | |
|---|---|
| DATED: September 11, 2018. | By: s/ Mary Z. Gaston |
| | By: s/ Kristine E. Kruger |
| | Mary Z. Gaston #27258 |
| | Kristine E. Kruger #44612 |
| | Attorneys for Defendant Honeywell International Inc. |
| | **Perkins Coie LLP** |
| | 1201 Third Avenue, Suite 4900 |
| | Seattle, WA  98101-3099 |
| | Telephone:  206.359.8000 |
| | Facsimile:  206.359.9000 |
| | Email:  MGaston@perkinscoie.com |
| | KKruger@perkinscoie.com |

NOTICE OF SETTLEMENT AS TO DEFENDANT HONEYWELL INTERNATIONAL INC. (No. 3:18-cv-05405-BHS) –2

141257489.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

# CERTIFICATE OF SERVICE

I certify that, on the 11th day of September, 2018, I electronically served the foregoing document all parties of record, as listed below:

| | |
|---|---|
| Thomas J. Breen<br>Lucas W.H. Garrett<br>Elizabeth J. McLafferty<br>SCHROETER GOLDMARK & BENDER<br>810 Third Avenue, Suite 500<br>Seattle, WA 98104<br>Phone: (206)622-8000<br>SGBasbestos@sgb-law.com<br>**ATTORNEYS FOR PLAINTIFFS** | Benjamin Adams<br>Charles Branham<br>DEAN OMAR BRANHAM, LLP<br>302 N. Market Street, Suite 300<br>Dallas, TX 75202<br>Phone: (212)722-5990<br>badams@dobllp.com<br>tbranham@dobllp.com<br>**ATTORNEYS FOR PLAINTIFFS** |
| Claude Bosworth<br>Allen Eraut<br>RIZZO MATTINGLY BOSWORTH PC<br>1300 S.W. Sixth Avenue, Suite 330<br>Portland, OR 97201<br>Phone: (503)229-0630<br>asbestos@rizzopc.com<br>**ATTORNEYS FOR GARDNER DENVER, INC.; WARREN PUMPS, LLC** | Mark B. Tuvim<br>Kevin J. Craig<br>Trevor J. Mohr<br>GORDON & REES LLP<br>701 Fifth Avenue, Suite 2100<br>Seattle, WA 98104<br>Phone: (206)695-5100<br>SEAAsbestos@gordonrees.com<br>**ATTORNEYS FOR AIR & LIQUID SYSTEMS CORPORATION; INGERSOLL RAND COMPANY** |
| William Fitzharris, Jr.<br>David Chawes<br>PREG O'DONNELL & GILLETT PLLC<br>901 Fifth Avenue, Suite 3400<br>Seattle, WA 98164<br>Phone: (206)287-1775<br>Asbestos@pregodonnell.com<br>**ATTORNEYS FOR ARMSTRONG INTERNATIONAL** | Christopher Marks<br>Malika Johnson<br>TANENBAUM KEALE LLP<br>One Convention Place<br>701 Pike Street, Suite 1575<br>Seattle, WA 98101<br>Phone: (206)889-5150<br>Seattle.asbestos@tktrial.com<br>**ATTORNEYS FOR CBS CORPORATION; GENERAL ELECTRIC COMPANY; FOSTER WHEELER ENERGY CORPORATION** |

NOTICE OF SETTLEMENT AS TO DEFENDANT HONEYWELL INTERNATIONAL INC. (No. 3:18-cv-05405-BHS) –3

141257489.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

| | |
|---|---|
| G. William Shaw<br>Ryan J. Groshong<br>K&L GATES<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104-1158<br>Phone: (206)623-7580<br>SE.asbestos@klgates.com<br>**ATTORNEYS FOR CRANE COMPANY** | Rachel Tallon Reynolds<br>Taryn Basauri<br>Lorianne Hanson<br>BULLIVANT HOUSER BAILEY PC<br>1700 Seventh Avenue, Suite 1810<br>Seattle, WA 98101<br>Phone: (206)292-8930<br>asbestos@bullivant.com<br>**ATTORNEYS FOR CROWN CORK & SEAL COMPANY, INC.** |
| Randy J. Aliment<br>Marc M. Carlton<br>LEWIS BRISBOIS BISGAARD<br>1111 Third Avenue, Suite 2700<br>Seattle, WA 98101<br>Phone: (844)312-3961<br>Seattle-Asbestos@lewisbrisbois.com<br>**ATTORNEYS FOR FLOWSERVE US, INC.; BNS CO.** | Ronald C. Gardner<br>GARDNER TRABOLSI & ASSOCIATES PLLC<br>2200 Sixth Avenue, Suite 600<br>Seattle, WA 98121<br>Phone: (206)256-6318<br>rgardner@gandtlawfirm.com;<br>asbestos@gandtlawfirm.com<br>**ATTORNEYS FOR GOULDS PUMPS, INC.; GRINNELL LLC** |
| Richard Gawlowski<br>WILSON SMITH COCHRAN & DICKERSON<br>901 Fifth Avenue, Suite 1700<br>Seattle, WA 98164<br>Phone: (206)623-4100<br>gawlowski@wscd.com;<br>MetlifeAsbestos@wscd.com<br>**ATTORNEYS FOR METROPOLITAN LIFE INSURANCE COMPANY** | James Horne<br>Michael Ricketts<br>GORDON THOMAS HONEYWELL LLP<br>600 University Street, Suite 2100<br>Seattle, WA 98101<br>Phone: (206)676-7500<br>IMOService@gth-law.com<br>**ATTORNEYS FOR IMO INDUSTRIES, INC.** |
| Melissa K. Roeder<br>Brian Smith<br>James Hicks<br>FOLEY & MANSFIELD PLLP<br>999 Third Avenue, Suite 3760<br>Seattle, WA 98104<br>Phone: (206)456-5360<br>Asbestos-sea@foleymansfield.com<br>**ATTORNEYS FOR WESTERN AUTO SUPPLY; WILLIAM POWELL COMPANY** | Todd Thacker<br>WFBM, LLP<br>801 Second Avenue, Suite 800<br>Seattle, WA 98104<br>Phone: (415)781-7027<br>Tthacker@wfbm.com<br>**ATTORNEYS FOR VIKING PUMP, INC.** |

NOTICE OF SETTLEMENT AS TO DEFENDANT HONEYWELL INTERNATIONAL INC. (No. 3:18-cv-05405-BHS) –4

141257489.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

| | |
|---|---|
| Dana Kopij<br>WILLIAMS KASTNER & GIBBS<br>Two Union Square<br>601 Union Street, Suite 4100<br>Seattle, WA  98101<br>Phone: (206)628-6600<br>WKGasbestos@williamskastner.com<br>**ATTORNEYS FOR WEIR VALVES & CONTROLS USA, INC.** | Barry N. Mesher<br>LAW OFFICES OF BARRY N. MESHER LLC<br>1001 East 25th Street, Tacoma, WA 98421<br>Mailing: P.O. Box 8100 Tacoma, WA 98419<br>(206) 412-3690<br>Email: bnm@bnmesherlaw.com<br>**ATTORNEYS FOR CROWN CORK & SEAL COMPANY, INC.** |

I certify under the laws of the United States that the foregoing is true and correct.

DATED this 11th day of September, 2018.

                                                s/Cynthia Boshell
                                                Cynthia Boshell, Legal Practice Assistant

NOTICE OF SETTLEMENT AS TO DEFENDANT HONEYWELL INTERNATIONAL INC. (No. 3:18-cv-05405-BHS) –5

141257489.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000