THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DONALD ARTHUR YAW and MARIETTA DIANNE YAW, Husband and Wife,<br><br>Plaintiffs,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, individually and as successor-in-interest to BUFFALO PUMPS, INC., *et al.*,<br><br>Defendants. | No. 3:18-cv-05405-BHS<br><br>STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT HONEYWELL INTERNATIONAL INC. |

## STIPULATION

Plaintiffs Donald Arthur Yaw and Marietta Dianne Yaw ("Plaintiffs") and Defendant Honeywell International Inc., Successor-in-Interest to AlliedSignal Inc., which is the Successor-in-Interest to Allied Corporation, which in turn is the Successor-in-Interest to the Bendix Corporation (all of which will hereinafter be referred to as "Honeywell"), by and through their respective counsel of record, hereby stipulate and agree that all claims against Defendant Honeywell only may be dismissed in their entirety with prejudice and without costs to either party.

STIPULATION AND ORDER FOR DISMISSAL OF
DEFENDANT HONEYWELL INTERNATIONAL INC.
(No. 3:18-cv-05405-BHS) –1

141602686.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

DATED this 18th day of October 2018.

| | |
|---|---|
| **SCHROETER GOLDMARK & BENDER** | **PERKINS COIE** LLP |
| By: /s/Thomas J. Breen<br>Thomas J. Breen, WSBA No. 34574 | By: /s/Kristine E. Kruger<br>Mary Z. Gaston, WSBA No. 27258<br>MGaston@perkinscoie.com |
| Attorneys for Plaintiffs Donald Arthur Yaw and Marietta Dianne Yaw | Kristine E. Kruger, WSBA No. 44612<br>KKruger@perkinscoie.com |
| | Attorneys for Defendant<br>Honeywell International Inc. |

## ORDER

The Court having considered the Stipulation by the Plaintiffs and Defendant Honeywell and being fully advised in the premises now, therefore, hereby ORDERS that all claims against defendant Honeywell only are hereby dismissed with prejudice and without costs to either party.

FURTHER, the Court finds that there is no just reason for delaying entry of final judgment in regard to Honeywell. Based on the foregoing finding, the Court hereby directs that final judgment be entered dismissing all claims against Defendant Honeywell.

DATED this 22nd day of October, 2018.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

STIPULATION AND ORDER FOR DISMISSAL OF
DEFENDANT HONEYWELL INTERNATIONAL INC.
(No. 3:18-cv-05405-BHS) –2

141602686.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1  Presented by:

2  **PERKINS COIE LLP**

3  /s/Kristine E. Kruger
4  Kristine E. Kruger, WSBA No. 44612
   KKruger@perkinscoie.com

5  *Attorneys for Defendant*
6  *Honeywell International Inc.*

7

8  **SCHROETER GOLDMARK & BENDER**

9  By: /s/Thomas J. Breen
   Thomas J. Breen, WSBA No. 34574

10 *Attorneys for Plaintiffs Donald Arthur Yaw*
11 *and Marietta Dianne Yaw*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER FOR DISMISSAL OF
DEFENDANT HONEYWELL INTERNATIONAL INC.
(No. 3:18-cv-05405-BHS) –3

141602686.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000