HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| DONALD A. YAW and MARIETTA D. YAW, husband and wife,<br><br>Plaintiff,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>Defendants. | Case No. 3:18-cv-05405-BHS<br><br>**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT GARDNER DENVER, INC.** |

## **STIPULATION**

Plaintiffs and Defendant Gardner Denver, Inc. stipulate and agree that the Court dismiss Plaintiffs' claims and causes of action against Gardner Denver, Inc. without prejudice and without costs to any party, reserving to Plaintiffs' all claims against other parties.

Dated: 2/15/2019

DEAN OMAR BRANHAM, LLP

 s/Benjamin H. Adams
Benjamin H. Adams (*Pro Hac Vice*)
CA Bar No. 272909
badams@dobllp.com
Attorney for Plaintiffs

Dated: 2/15/2019

RIZZO MATTINGLY BOSWORTH PC

 s/Claude Bosworth
Claude Bosworth, WSBA#42568
cbosworth@rizzopc.com
Attorney for Gardner Denver, Inc.

1 – STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT GARDNER DENVER INC.

RIZZO MATTINGLY BOSWORTH PC
1300 SW Sixth Avenue
Suite 330
Portland, OR 97201
T: 503.229.1819 | F: 503.229.0630

Dated:     2/15/2019

SCHROETER GOLDMARK & BENDER

   *s/Thomas J. Breen*
Thomas J. Breen, WSBA#34574
breen@sgb-law.com
Attorney for Plaintiffs

## ORDER OF DISMISSAL

THIS MATTER having come on regularly before the undersigned Judge of the above-entitled Court, upon stipulation between Plaintiffs and Defendant Gardner Denver, Inc., through their respective and duly authorized attorneys, the Court having been fully advised and finding no just reason for delay, it is now, therefore,

ADJUDGED, ORDERED AND DECREED, that Plaintiffs' claims and causes of action against Gardner Denver, Inc. only, are DISMISSED without prejudice and without costs to any party, reserving to Plaintiffs all claims against other parties.

DATED this 19th day of February, 2019.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

RIZZO MATTINGLY BOSWORTH PC
Claude Bosworth, WSBA#42568
cbosworth@rizzopc.com
1300 SW Sixth Avenue, Suite 330
Portland, Oregon 97201
Telephone: 503-229-1819
Fax: 503-229-0630
*Attorney for Gardner Denver, Inc.*

2 – STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT GARDNER DENVER INC.

RIZZO MATTINGLY BOSWORTH PC
1300 SW Sixth Avenue
Suite 330
Portland, OR 97201
T: 503.229.1819 | F: 503.229.0630