JUDGE BENJAMIN H. SETTLE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DONALD ARTHUR YAW and MARIETTA DIANNE YAW, Husband and Wife,<br><br>Plaintiffs,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>Defendants. | No. 3:18-cv-05405-BHS<br><br>STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT BNS CO., F/K/A BROWN & SHARPE MANUFACTURING COMPANY |

Plaintiffs and defendant BNS CO. through their respective counsel, hereby stipulate that all claims against defendant BNS CO. only may be dismissed with prejudice and without costs as to any party, reserving to plaintiffs their claims against all other parties.

STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT BNS CO., F/K/A BROWN & SHARPE MANUFACTURING COMPANY - 1
USDCWD NO. 3:18-cv-05405-BHS

4833-8282-0489.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

DATED: March 5, 2019

By: */s/ Benjamin Adams*
Benjamin Adams
Charles Branham
Dean Omar Branham, LLP
302 N. Market Street, Suite 300
Dallas, TX 75202
badams@dobllp.com
tbranham@dobllp.com
**Attorneys for Plaintiff**

DATED: March 5, 2019

By: */s/ Michael A. Jaeger*
Michael A. Jaeger, WSBA #23166
LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 3rd Ave., Suite 2700
Seattle, WA 98101
Telephone: (206) 436-2020
Fax: (206) 436-2030
E-mail: Michael.Jaeger@lewisbrisbois.com
**Attorney for Defendant BNS Co., f/k/a Brown & Sharpe Manufacturing Company**

By: */s/ Rachel Tallon Reynolds*
Rachel Tallon Reynolds, WSBA #38750
LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 3rd Ave., Suite 2700
Seattle, WA 98101
Telephone: (206) 455-7442
Fax: (206) 436-2030
E-mail: rachel.reynolds@lewisbrisbois.com
**Attorney for Defendant BNS Co., f/k/a Brown & Sharpe Manufacturing Company**

STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT BNS CO., F/K/A BROWN & SHARPE MANUFACTURING COMPANY - 2
USDCWD NO. 3:18-cv-05405-BHS

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4833-8282-0489.1

## ORDER OF DISMISSAL

THIS MATTER having come before the Court by way of stipulated motion by Plaintiffs and Defendant BNS Co., f/k/a Brown & Sharpe Manufacturing Company to dismiss all claims against BNS Co., f/k/a Brown & Sharpe Manufacturing Company, only, without prejudice and without fees and costs, and the Court being fully advised in the premises, now, therefore, it is hereby ORDERED as follows:

All of Plaintiffs' claims against BNS Co., f/k/a Brown & Sharpe Manufacturing Company, only are hereby dismissed without prejudice and without costs as to any party.

DATED 5 March 2019

THE HONORABLE JUDGE BENJAMIN H. SETTLE

_____

PRESENTED BY:
By: /s/ Michael A. Jaeger
Michael A. Jaeger, WSBA #23166
LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 3rd Ave., Suite 2700
Seattle, WA 98101
Telephone: (206) 436-2020
Fax: (206) 436-2030
E-mail: Michael.Jaeger@lewisbrisbois.com
**Attorney for Defendant BNS Co., f/k/a Brown & Sharpe Manufacturing Company**

By: /s/ Rachel Tallon Reynolds
Rachel Tallon Reynolds, WSBA #38750
LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 3rd Ave., Suite 2700
Seattle, WA 98101
Telephone: (206) 455-7442
Fax: (206) 436-2030
E-mail: rachel.reynolds@lewisbrisbois.com
**Attorney for Defendant BNS Co., f/k/a Brown & Sharpe Manufacturing Company**

STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT BNS CO., F/K/A BROWN & SHARPE MANUFACTURING COMPANY - 3
USDCWD NO. 3:18-cv-05405-BHS

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4833-8282-0489.1