UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DONALD ARTHUR YAW, and MARIETTA DIANNE YAW, husband and wife,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, individually and as successor-in-interest to BUFFALO PUMPS, INC., et al;<br><br>　　　　　Defendants. | NO. 3:18-cv-05405-BHS<br><br>**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT WESTERN AUTO SUPPLY COMPANY** |

　　　Plaintiffs DONALD ARTHUR YAW and MARIETTA DIANNE YAW, husband and wife, and defendant WESTERN AUTO SUPPLY COMPANY D/B/A ADVANCE AUTO PARTS, by their attorneys of record, stipulate that all claims against defendant WESTERN AUTO SUPPLY COMPANY D/B/A ADVANCE AUTO PARTS be dismissed without prejudice and without costs to either party.

　　　Dated this 6th day of March, 2019.

| | |
|---|---|
| DEAN OMAR BRANHAM LLP | FOLEY & MANSFIELD, PLLP |
| *s/ Benjamin H. Adams*<br>Benjamin H. Adams<br>badams@dobllp.com<br>*Admitted Pro Hac Vice*<br>Attorneys for plaintiffs | */s/ James D. Hicks*<br>James D. Hicks, WSBA #36126<br>jhicks@foleymansfield.com<br>Attorneys for defendant Western Auto Supply Company d/b/a Advance Auto Parts |

**ORDER**

Based upon the above stipulation,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all claims against defendant WESTERN AUTO SUPPLY COMPANY D/B/A ADVANCE AUTO PARTS are dismissed without prejudice and without costs to any party, reserving to the plaintiffs their claims against other defendants.

Dated this 11th day of March, 2019.

_____
BENJAMIN H. SETTLE
United States District Judge

*Presented by:*

FOLEY & MANSFIELD, PLLP

*/s/ James D. Hicks*
James D. Hicks, WSBA #36126
jhicks@foleymansfield.com
Attorneys for defendant Western Auto Supply Company d/b/a Advance Auto Parts

DEAN OMAR & BRANHAM, LLP

*/s/ Benjamin H. Adams*
Benjamin H. Adams
badams@dobllp.com
*Admitted Pro Hac Vice*
Attorneys for plaintiffs