UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DONALD ARTHUR YAW and MARIETTA DIANNE YAW, husband and wife,<br><br>       Plaintiffs,<br><br> v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>       Defendants. | No. 3:18-cv-05405-BHS<br><br>STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANT VIKING PUMP, INC. |

## STIPULATION

Plaintiffs and Defendant Viking Pump, Inc. stipulate to the entry of the following *Order of Dismissal* without further Notice, without prejudice and without costs to either party, reserving to Plaintiffs their claims against all other parties.

/ / /

/ / /

DATED:  March           , 2019

*s/ Benjamin H. Adams*
Benjamin H. Adams, *Pro Hac Vice*
Charles W. Branham, III, *Pro Hac Vice*
DEAN OMAR BRANHAM SHIRLEY, LLP
302 N Market Street, Suite 300
Dallas, TX  75202
T: 214-722-5990
E: badamss@dobllp.com
E: tbranham@dollp.com
*Attorneys for Plaintiffs*


*s/ Thomas J. Breen*
Thomas J. Breen, WSBA #34574
SCHROETER GOLDMARK & BENDER
810 Third Avenue, Suite 500
Seattle, WA 98104
T: 206-623-4100
F: 206-623-9273
E: breen@sgb-law.com
*Attorneys for Plaintiffs*

DATED:  March 15, 2019

Todd M. Thacker, WSBA #52174
WFBM, LLP
801 2nd Avenue, Suite 800
Seattle, WA 98014
T: 206-576-9816
F: 206-753-0065
E: WFBM-Seattle@wfbm.com
*Attorney for Defendant*
*Viking Pump, Inc.*

## **ORDER OF DISMISSAL**

THIS MATTER having come before the Court by way of Stipulation by Plaintiffs and Defendant Viking Pump, Inc. to dismiss all claims against Viking Pump, Inc., only, without prejudice and without costs as to any party; and the Court being fully advised in the premises, now, therefore,:

IT IS HEREBY ORDERED that all claims against Defendant Viking Pump, Inc. are hereby dismissed without prejudice and without costs.

Dated:  March 19th, 2019.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

_____
Todd M. Thacker, WSBA #52174
WFBM, LLP
801 2nd Avenue, Suite 800
Seattle, WA 98014
T: 206-576-9816
F: 206-753-0065
E: WFBM-Seattle@wfbm.com
*Attorney for Defendant Viking Pump, Inc.*