Hon. Benjamin Settle

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DONALD ARTHUR YAW and MARIETTA DIANNE YAW, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, *et al.*,<br><br>Defendants. | NO.  3:18-cv-05405-BHS<br><br>STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANT THE WILLIAM POWELL COMPANY |

Plaintiffs and Defendant The William Powell Company stipulate to the entry of the following *Order of Dismissal* without further Notice, with prejudice and without costs to either party, reserving to plaintiffs their claims against all other parties.

Dated this 25th day of March, 2019.

*s/ Thomas J. Breen*
Thomas Breen, WSBA No. 34574
SCHROETER GOLDMARK & BENDER
810 Third Avenue, Suite 500
Seattle, WA 98104
(206) 623-4100
breen@sgb-law.com
Attorneys for Plaintiffs

*s/ James D. Hicks*
Brian B. Smith, WSBA No. 45930
James D. Hicks, WSBA No. 36126
FOLEY & MANSFIELD
999 Third Avenue, Suite 3760
Seattle, WA  98104
(206) 456-5360
Asbestos-sea@foleymansfield.com
Attorneys for Defendant The William Powell Company

STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANT THE WILLIAM POWELL COMPANY – 1
(Case No. 3:18-cv-05405-BHS)

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

*s/ David C. Humen*
Benjamin H. Adams (Pro Hac Vice)
David C. Humen (Pro Hac Vice)
DEAN OMAR & BRANHAM, LLP
302 N Market Street, Suite 300
Dallas, TX 75202
(214) 722-5990
badams@dobslegal.com
dhumen@dobslegal.com
Attorneys for Plaintiffs

## ORDER OF DISMISSAL

THIS MATTER having come before the Court by way of Stipulation by Plaintiffs and Defendant The William Powell Company to dismiss all claims against The William Powell Company, only, with prejudice and without costs as to any party; and the Court being fully advised in the premises, now, therefore,

IT IS HEREBY ORDERED that all claims against The William Powell Company are hereby dismissed with prejudice and without costs.

DATED this 26th day of March, 2019.

_____
BENJAMIN H. SETTLE
United States District Judge

STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANT THE WILLIAM POWELL COMPANY – 2
(Case No. 3:18-cv-05405-BHS)

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305