The Honorable Benjamin H. Settle
Trial Date: September 10, 2019

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DONALD ARTHUR YAW and MARIETTA DIANNE YAW, Husband and Wife,<br><br>Plaintiffs,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.<br><br>Defendants. | NO.  3:18-cv-05405-BHS<br><br>STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANT WEIR VALVES & CONTROLS USA, INC. d/b/a ATWOOD & MORRILL CO., INC. |

Plaintiffs and Defendant Weir Valves & Controls USA, Inc. d/b/a Atwood & Morrill Co., Inc. hereby stipulate to the entry of the following *Order of Dismissal* without further Notice, with prejudice and without costs to either party, reserving to Plaintiffs their claims against all other parties.

///
///
///
///
///
///

STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANT
WEIR VALVES & CONTROLS USA, INC. d/b/a ATWOOD &
MORRILL CO., INC. - 1
(Case No. 3:18-cv-05405 BHS)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

1    DATED this 5th day of June, 2019.

2

3   WILLIAMS, KASTNER & GIBBS PLLC        DEAN OMAR & BRANHAM, LLP

4   *s/Dana C. Kopij*                     *s/David Humen*
    Dana C. Kopij, WSBA #31648            Benjamin H. Adams *(Pro Hac Vice)*
5   601 Union Street, Suite 4100          David C. Humen *(Pro Hac Vice)*
    Seattle, WA  98101-2380               302 North Market Street, Suite 300
6   Telephone:  (206) 628-6600            Dallas, Texas 75202
    Fax:  (206) 628-6611                  Email: badams@dobslegal.com
7   Email:  dkopij@williamskastner.com    dhumen@dobslegal.com
    E-service: wkgasbestos@williamskastner.com
8
    ***Attorney for Defendant Weir Valves &***    SCHROETER, GOLDMARK & BENDER
9   ***Controls USA Inc. d/b/a Atwood & Morrill***
    ***Co., Inc.***                       *s/Thomas Breen*
10                                        Thomas J. Breen, WSBA #34574
                                          Lucas Garrett, WSBA #38452
11                                        Elizabeth J. McLafferty, WSBA #45291
                                          810 Third Avenue, Suite 500
12                                        Seattle, WA 98104
                                          Email: sgbasbestos@sgb-law.com
13                                        breen@sgb-law.com; garrett@sgb-law.com;
                                          mclafferty@sgb-law.com
14
                                          ***Attorneys for Plaintiffs***
15

16

17

18

19

20

21

22

23

24

25

STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANT            **Williams, Kastner & Gibbs PLLC**
WEIR VALVES & CONTROLS USA, INC. d/b/a ATWOOD &               601 Union Street, Suite 4100
MORRILL CO., INC. - 2                                         Seattle, Washington 98101-2380
(Case No. 3:18-cv-05405 BHS)                                  (206) 628-6600

**ORDER OF DISMISSAL**

THIS MATTER having come before the Court by way of Stipulation by Plaintiffs and Defendant Weir Valves & Controls USA, Inc. d/b/a Atwood & Morrill Co., Inc. to dismiss all claims against Weir Valves & Controls USA, Inc. d/b/a Atwood & Morrill Co., Inc., only, with prejudice and without costs as to any party; and the Court being fully advised in the premises, now, therefore,

IT IS HEREBY ORDERED that all claims against Weir Valves & Controls USA, Inc. d/b/a Atwood & Morrill Co., Inc. are hereby dismissed with prejudice and without costs.

DATED this 6th day of June, 2019.

_____
BENJAMIN H. SETTLE
United States District Judge

PRESENTED BY:

WILLIAMS KASTNER & GIBBS PLLC

*s/Dana C. Kopij*
Dana C. Kopij, WSBA #31648
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
Email: dkopij@williamskastner.com
Eservice: wkgasbestos@williamskastner.com
***Attorneys for Defendant Weir Valves & Controls USA, Inc. d/b/a Atwood & Morrill Co., Inc.***

STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANT WEIR VALVES & CONTROLS USA, INC. d/b/a ATWOOD & MORRILL CO., INC. - 3
(Case No. 3:18-cv-05405 BHS)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

1

2  APPROVED AS TO FORM AND NOTICE OF
3  PRSENTATION WAIVED:

4

5  DEAN OMAR & BRANHAM, LLP

6  *s/David Humen*
   Benjamin H. Adams *(Pro Hac Vice)*
7  David C. Humen (*Pro Hac Vice)*
   302 North Market Street, Suite 300
8  Dallas, Texas 75202
   Email: badams@dobslegal.com
9  dhumen@dobslegal.com

10 SCHROETER, GOLDMARK & BENDER

11 *s/Thomas Breen*
   Thomas J. Breen, WSBA #34574
12 Lucas Garrett, WSBA #38452
   Elizabeth J. McLafferty, WSBA #45291
13 810 Third Avenue, Suite 500
   Seattle, WA 98104
14 Email: sgbasbestos@sgb-law.com
   breen@sgb-law.com; garrett@sgb-law.com;
15 mclafferty@sgb-law.com

16 *Attorneys for Plaintiffs*

17

18

19

20

21

22

23

24

25

STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANT
WEIR VALVES & CONTROLS USA, INC. d/b/a ATWOOD &
MORRILL CO., INC. - 4
(Case No. 3:18-cv-05405 BHS)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600