| | |
|---|---|
| Randy J. Aliment, WA Bar No. 11440<br>Marc M. Carlton, WA Bar No. 40069<br>Lewis Brisbois Bisgaard & Smith LLP<br>1111 Third Avenue, Suite 2700<br>Seattle, Washington 98101<br>Phone: (206) 436-2020<br>Fax: (206) 436-2030<br>randy.aliment@lewisbrisbois.com<br>marc.carlton@lewisbrisbois.com<br>SERVICE: Seattle-Asbestos@lewisbrisbois.com<br>*Attorneys for Defendant Flowserve US, Inc.*<br>*as successor-in-interest to Edward Valves, Inc.* | HON. BENJAMIN H. SETTLE<br>Trial Date: September 10, 2019 |

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| MARIETTA DIANNE YAW, Individually and as Executor of the Estate of DONALD ARTHUR YAW,<br><br>Plaintiff,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORP., et al.,<br><br>Defendants. | No. 3:18-cv-05405-BHS<br><br>**STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT FLOWSERVE US, INC., solely as successor-in-interest to Edward Valves, Inc., ONLY** |

## STIPULATION

Plaintiff and defendant Flowserve US, Inc., solely as successor-in-interest to Edward Valves, Inc., stipulate to the entry of the following Order of Dismissal without further Notice,

////

////

////

////

////

---

STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT FLOWSERVE US, INC., solely as successor-in-interest to Edward Valves, Inc., ONLY - 1
USDC WD WA CAUSE NO. 3:18-cv-05405-BHS
4841-9438-6585.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206-436-2020

1  with prejudice and without costs to either party, reserving to plaintiff all rights of action, claims,
2  **and** demands against any and all other parties.
3
4  Dated: June 12, 2019                                      Dated: June 12, 2019

5  SCHROETER GOLDMARK & BENDER;                              LEWIS BRISBOIS BISGAARD & SMITH LLP
   DEAN OMAR BRANHAM, LLP
6
7  s/ David C. Humen                                         s/ Marc M. Carlton
   Thomas J. Breen, WSBA #34574                              Marc M. Carlton, WSBA #40069
8  Lucas W.H. Garrett, WSBA #38452                           Randy J. Aliment, WSBA #11440
   Elizabeth J. McLafferty, WSBA #45291                      *Attorneys for Defendant Flowserve US, Inc.,*
9  Benjamin H. Adams (*Pro Hac Vice*)                        *solely as successor-in-interest to Edward Valves,*
   Charles W. Branham, III, (*Pro Hac Vice*)                 *Inc.*
10 David C. Humen (*Pro Hac Vice*)
   *Attorneys for Plaintiff*
11

## ORDER OF DISMISSAL

THIS MATTER having come on regularly for hearing before this Court upon the foregoing Stipulation, and the Court being fully advised in the premises:

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiff's claims against defendant Flowserve US, Inc., solely as successor-in-interest to Edward Valves, Inc., its predecessors, successors, subsidiaries, parents, affiliated entities, directors and officers, are dismissed with prejudice and without costs to either party, reserving to plaintiff all plaintiff's rights of action, claims, and demands against any and all other parties.

DONE IN OPEN COURT this 20 day of June, 2019.

_____
HONORABLE BENJAMIN H. SETTLE

Presented by:

LEWIS BRISBOIS BISGAARD & SMITH LLP

s/ Marc M. Carlton
Marc M. Carlton, WSBA #40069
Randy J. Aliment, WSBA #11440
*Attorneys for Defendant Flowserve US, Inc.,*
*solely as successor-in-interest to Edward Valves, Inc.*

STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT
FLOWSERVE US, INC., solely as successor-in-interest to Edward Valves, Inc., ONLY
3
USDC WD WA CAUSE NO. 3:18-cv-05405-BHS
4841-9438-6585.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206-436-2020