HONORABLE BENJAMIN H. SETTLE

1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARIETTA DIANNE YAW, Individually and as Executor of the Estate of DONALD ARTHUR YAW,<br><br>                      Plaintiff,<br><br>    v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.;<br><br>                      Defendants. | Case No. 3:18-cv-05405 BHS<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT CRANE CO. |

8

9

10

11

12

13

**STIPULATION**

14    IT IS HEREBY STIPULATED by Plaintiff and Defendant Crane Co., through their

15 respective attorneys, that all claims asserted by Plaintiff against Crane Co. only, shall be

16 dismissed with prejudice and without an award of costs or attorneys' fees to any party.

17    DATED this 20th day of August, 2019.

18 DEAN OMAR BRANHAM, LLP         K&L GATES LLP

19

20 By: *s/ David C. Humen (with email permission)*   By: *s/ G. William Shaw*

    Benjamin H. Adams (*admitted pro hac vice*)    G. William Shaw, WSBA # 8573

21     Charles W. Branham III (*admitted pro hac vice*)   Ryan J. Groshong, WSBA #44133

    David C. Humen (*admitted pro hac vice*)    925 Fourth Avenue, Suite 2900

22     302 N. Market Street, Ste 300         Seattle, WA  98101

    Dallas, TX  75202              Email:  bill.shaw@klgates.com

23     Email: badams@dobllp.com            ryan.groshong@klgates.com

       tbranham@dobllp.com            SE.asbestos@klgates.com

24        jjohnson@dobllp.com

       case@dobllp.com            *Attorneys for Defendant Crane Co.*

25        cweeks@dobllp.com

 *Attorneys for Plaintiff*

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL WITH PREJUDICE AS TO
DEFENDANT CRANE CO. - 1
(Case No. 3:18-cv-05405-BHS)

## <u>ORDER</u>

THIS MATTER having come before the Court on the above stipulation of the parties, and pursuant to Fed. R. Civ. P. 41(a)(1)(A), it is hereby

ORDERED that Plaintiff's claims against Defendant Crane Co. only, are DISMISSED with prejudice and without an award of fees to any party.

DONE this _____ day of _____, 2019.

_____
HONORABLE BENJAMIN H. SETTLE
UNITED STATES DISTRICT COURT JUDGE

Prepared and presented by:

K&L GATES LLP

By: *s/ G. William Shaw*
  G. William Shaw, WSBA #8573
  Ryan J. Groshong, WSBA #44133

*Attorneys for Defendant Crane Co.*

Approved as to Form; Notice of
Presentation Waived

DEAN OMAR BRANHAM, LLP

By: *s/ David C. Humen (with email permission)*
  Benjamin H. Adams (*admitted pro hac vice*)
  Charles W. Branham III (*admitted pro hac vice*)
  David C. Humen (*admitted pro hac vice*)

*Attorneys for Plaintiff*

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL WITH PREJUDICE AS TO
DEFENDANT CRANE CO. - 2
(Case No. 3:18-cv-05405-BHS)

K&L GATES, LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 370-7955
FACSIMILE: (206) 370-6169

1

## DECLARATION OF SERVICE

2

I certify that on the 20th day of August, 2019, I electronically filed the foregoing

3

document with the Clerk of the Court using the CM/ECF Electronic Filing System which will

4

send notification of such filing to all parties of records as follows:

5

| | |
|---|---|
| Brian D. Weinstein<br>Benjamin R. Couture<br>Alexandra B. Caggiano<br>Weinstein Couture PLLC<br>Two Union Street<br>601 Union St., Ste. 2420<br>Seattle, WA 98101<br>Email: service@weinsteincouture.com<br>　　　brian@weinsteincouture.com<br>　　　ben@weinsteincouture.com<br>　　　alex@weinsteincouture.com<br><br>Benjamin H. Adams (*admitted pro hac vice*)<br>Charles W Branham, III (*admitted pro hac vice*)<br>David C. Humen (*admitted pro hac vice*)<br>Dean Omar & Branham, LLP<br>302 N. Market Street, Suite 300<br>Dallas, TX 75202<br>Email: badams@dobllp.com<br>　　　tbranham@dobllp.com<br>　　　dhumen@dobslegal.com<br>　　　jjohnson@dobllp.com<br>　　　case@dobllp.com<br>　　　cweeks@dobllp.com<br><br>***Attorneys for Plaintiff*** | Mark B. Tuvim<br>Kevin J. Craig<br>Trevor J. Mohr<br>Gordon & Rees Scully Mansukhani, LLP<br>701 5th Avenue, Suite 2100<br>Seattle, WA 98104<br>Email: seasbestos@gordonrees.com<br><br>***Attorneys for Air & Liquid Systems Corp.;<br>and Velan Valve Corp.***<br><br><br>Christine E. Dinsdale<br>Karen R. Griffith<br>Soha & Lang, PS<br>1325 Fourth Avenue, Suite 2000<br>Seattle, WA 98101<br>Email: asbestos@sohalang.com<br><br>***Attorneys for BW/IP, Inc.*** |
| David E. Chawes<br>William E. Fitzharris, Jr.<br>Bennett J. Hansen<br>Stephanie B. Ballard<br>Preg O'Donnell & Gillett, PLLC<br>901 Fifth Avenue, Ste. 3400<br>Seattle, WA 98164<br>Email: asbestos@pregodonnell.com<br><br>***Attorneys for Armstrong International, Inc.*** | Claude Bosworth<br>Rizzo Mattingly Bosworth PC<br>1300 SW Sixth Avenue, Suite 330<br>Portland, OR 97201<br>Email: asbestos@rizzopc.com<br>　　　recordsmanagement@rizzopc.com<br><br>***Attorneys for  Blackmer Pump Company*** |

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL WITH PREJUDICE AS TO
DEFENDANT CRANE CO. - 3
(Case No. 3:18-cv-05405-BHS)

| | |
|---|---|
| Nicole R. MacKenzie<br>Ryan W. Vollans<br>Jessica M. Cox<br>Williams Kastner<br>601 Union Street, Suite 4100<br>Seattle, WA 98101-2380<br>Email:  nmackenzie@williamskastner.com<br>         rvollans@williamskastner.com<br>         jcox@williamskastner.com<br>         wkgasbestos@williamskastner.com<br><br>***Attorneys for Carrier Corporation; and Parker-Hannifin Corp.*** | Christopher S. Marks<br>Malika Johnson<br>Alice C. Serko<br>Tanenbaum Keale LLP<br>701 Pike Street, Suite 1575<br>Seattle, WA 98101<br>Email:  cmarks@tktrial.com<br>         mjohnson@tktrial.com<br>         aserko@tktrial.com<br>         seattle.asbestos@tktrial.com<br><br>***Attorneys for Clark-Reliance Corporation; Foster Wheeler Energy Corp.; and General Electric Co.*** |
| Ronald C. Gardner<br>Gardner Trabolsi & Associates PLLC<br>2200 Sixth Ave., Suite 600<br>Seattle, WA 98121<br>Email:  Asbestos@gandtlawfirm.com<br>         rgardner@gandtlawfirm.com<br><br>***Attorneys for Crosby Valve, Inc.; Elliott Turbomachinery Co., Inc.; Goodyear Tire & Rubber Co.; Gould's Pumps, Inc.; Grinnell, LLC; and ITT, LLC*** | Jeff Bone<br>Kevin C. Baumgardner<br>Corr Cronin LLP<br>1001 Fourth Ave, Suite 3900<br>Seattle, WA  98154<br>Email:  jbone@corrcronin.com<br>         kbaumgardner@corrcronin.com<br>         asbestos@corrcronin.com<br><br>***Attorneys for Darigold, Inc.*** |
| Daira Waldenberg<br>Selman Breitman LLP<br>600 University Street, Suite 1800<br>Seattle, WA  98101-4129<br>Email:  dwaldenbert@selmanlaw.com<br>         asbestosWA@selmanlaw.com<br><br>***Attorneys for John Crane, Inc.*** | Randy J. Aliment<br>Marc M. Carlton<br>Lewis Brisbois Bisgaard & Smith LLP<br>1111 3rd Ave., Suite 2700<br>Seattle, WA 98101<br>Email:  randy.aliment@lewisbrisbois.com<br>         marc.carlton@lewisbrisbois.com<br>         Seattle-Asbestos@lewisbrisbois.com<br><br>***Attorneys for Flowserve US, Inc.*** |

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL WITH PREJUDICE AS TO
DEFENDANT CRANE CO. - 4
(Case No. 3:18-cv-05405-BHS)

| | |
|---|---|
| Katherine M. Steele<br>Michael (Mac) M. Brown<br>Bullivant Houser Bailey PC<br>1700 Seventh Ave., Suite 1810<br>Seattle, WA. 98101<br>Email:  Asbestos@bullivant.com<br><br>Michael M. Brown<br>Katherine M. Steele<br>Bullivant Houser Bailey<br>1700 Seventh Ave, Suite 1810<br>Seattle, WA  98101<br>Email:  Asbestos@bullivant.com<br><br>Ryan Wheeler (*admitted pro hac vice*)<br>Swanson Martin & Bell LLP<br>330 N Wabash, Suite 3300<br>Chicago, IL  50511<br>Email:  rwheeler@smbtrials.com<br>**Attorneys for FMC Corporation; McNally**<br>**Industries, LLC; and Sterling Fluid Systems**<br>**(USA) LLC** | Michael E. Ricketts<br>James E. Horne<br>Gordon Thomas Honeywell<br>600 University St., Suite 2100<br>Seattle, WA 98101-4161<br>Email:  service@gth-law.com<br>          IMOService@gth-law.com<br>          mricketts@gth-law.com<br>          jhorne@gth-law.com<br>**Attorneys for IMO Industries, Inc.**<br><br><br>J. Michael Mattingly<br>Rizzo Mattingly Bosworth PC<br>1300 SW Sixth Ave., Suite 330<br>Portland, OR 97201-3530<br>Email:  asbestos@rizzopc.com<br>          mmattingly@rizzopc.com<br>**Attorneys for SB Decking, Inc** |
| Allen Eraut<br>Rizzo Mattingly Bosworth PC<br>1300 SW Sixth Ave., Suite 330<br>Portland, OR 97201-3530<br>Email:  asbestos@rizzopc.com<br>          aeraut@rizzopc.com<br><br>**Attorneys for Warren Pumps, LLC** | Dana C. Kopij<br>Williams Kastner & Gibbs PLLC<br>601 Union St., Suite 4100<br>Seattle, WA 98101-2380<br>Email:  wkgasbestos@williamskastner.com<br>          dkopij@williamskastner.com<br><br>**Attorneys for Weir Valve and Controls USA,**<br>**Inc.** |

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

SIGNED at Seattle, Washington this 20th day of August, 2019.


*s/ Mary J. Klemz*
Mary J. Klemz, Sr. Practice Assistant
K&L Gates LLP

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL WITH PREJUDICE AS TO
DEFENDANT CRANE CO. - 5
(Case No. 3:18-cv-05405-BHS)