Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| MARIETTA DIANNE YAW, Individually and as Executor of the Estate of DONALD ARTHUR YAW,<br><br>Plaintiffs,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, individually and as successor-in-interest to BUFFALO PUMPS, INC., et al.,<br><br>Defendants. | NO. 3:18-CV-05405-BHS<br><br>NOTICE OF WITHDRAWAL OF ARMSTRONG INTERNATIONAL, INC.'S MOTION FOR SUMMARY JUDGMENT |

TO: HONORABLE BENJAMIN H. SETTLE AND CLERK OF THE COURT

Defendant Armstrong International, Inc. hereby withdraws its pending Motion for Summary Judgment, Dkt #210, because this matter is resolved as to Armstrong International, Inc.

DATED this 20th day of August, 2019.

PREG O'DONNELL & GILLETT PLLC

By /s/ Stephanie B. Ballard
David E. Chawes, WSBA #36322
Bennett J. Hansen, WSBA #24205
Stephanie B. Ballard, WSBA #49268

NOTICE OF WITHDRAWAL OF ARMSTRONG INTERNATIONAL, INC.'S MOTION FOR SUMMARY JUDGMENT - 1
10331-0023 5583883.docx
Case No. 3:18-CV-5105-RJB

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON 98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Attorneys for Defendant Armstrong International, Inc.
901 Fifth Avenue, Suite 3400
Seattle, Washington 98164
Firm Email:
   dchawes@pregodonnell.com
   bhansen@pregodonnell.com
   sballard@pregodonnell.com

NOTICE OF WITHDRAWAL OF ARMSTRONG INTERNATIONAL, INC.'S MOTION FOR SUMMARY JUDGMENT - 2
10331-0023  5583883.docx
Case No.  3:18-CV-5105-RJB

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

## DECLARATION OF SERVICE

I hereby declare that on this day I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record in this matter.

DATED at Seattle, Washington, this 20th day of August, 2019.

      /s/ Stephanie B. Ballard
Stephanie B. Ballard, WSBA #49268

NOTICE OF WITHDRAWAL OF ARMSTRONG INTERNATIONAL, INC.'S MOTION FOR SUMMARY JUDGMENT - 3
10331-0023  5583883.docx
Case No. 3:18-CV-5105-RJB

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON 98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113