HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARIETTA DIANNE YAW, Individually and as Executor of the Estate of DONALD ARTHUR YAW,<br><br>Plaintiff,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, individually and as successor-in-interest to BUFFALO PUMPS, INC.; et al.,<br><br>Defendants. | No. 3:18-cv-05405-BHS<br><br>NOTICE OF STATUS AND SETTLEMENT |

Pursuant to the Court's Order dated August 19, 2019, Plaintiff hereby notifies the Court of the status of the following parties:

- Crane Co. was dismissed from this action on August 20, 2019 (Dkt. # 271);

- Plaintiff reached a settlement agreement with Defendant Armstrong International, Inc. and will submit a stipulation and Proposed Order of Dismissal upon completion of the settlement terms. Additionally, Plaintiff will be filing a Notice of Withdrawal of Plaintiff's Pending Motion for Summary Judgement concurrent with the filing of this Notice of Status.

NOTICE OF STATUS AND SETTLEMENT - 1
(Case No. 3:18-cv-05405-BHS)

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

1  DATED this 22nd day of August 2019.

DEAN OMAR BRANHAM SHIRLEY, LLP

*s/ David C. Humen*
DAVID C. HUMEN (Admitted PHV)
302 N. Market Street, Suite 300
Dallas, Texas 75202
Phone: (214) 722-5990
Fax: (214) 722-5991
dhumen@dobslegal.com

and

SCHROETER, GOLDMARK & BENDER

*s/ Thomas J. Breen*
THOMAS J. BREEN, WSBA #34574
*s/ Lucas Garrett*
LUCAS GARRETT, WSBA #38452

810 Third Avenue, Suite 500
Seattle, WA 98104
Phone: (206) 622-8000
Fax: (206) 682-2305
Email: SGBasbestos@sgb-law.com;
       breen@sgb-law.com;
       garrett@sgb-law.com;

*Counsel for Plaintiff*

NOTICE OF STATUS AND SETTLEMENT - 2
(Case No. 3:18-cv-05405-BHS)

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2019, I electronically filed the foregoing with the clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Alice Coles Serko        aserko@tktrial.com, aclements@tktrial.com

Allen Eraut        aeraut@rizzopc.com, asbestos@rizzopc.com, recordsmanagement@rizzopc.com

Benjamin H. Adams        badams@dobllp.com, cweeks@dobllp.com, cweeks@ecf.courtdrive.com

Bennett J Hansen        bhansen@pregodonnell.com, aanthony@pregodonnell.com

Brady L Green        blg@wlbdeflaw.com

Brian Bernard Smith        bsmith@foleymansfield.com, asbestos-sea@foleymansfield.com, brianrunfar@yahoo.com

Brian D Zeringer        zeringerb@lanepowell.com, docketing-sea@lanepowell.com, pottert@lanepowell.com, wallg@lanepowell.com

Christopher G Conley        cgconley@ewhlaw.com

Christopher S Marks        cmarks@tktrial.com, asbestos.service@tktrial.com, mtiegen@tktrial.com

Claude Bosworth        cbosworth@rizzopc.com, recordsmanagement@rizzopc.com

Daira S Waldenberg        dwaldenberg@selmanlaw.com, asbestoswa@selmanlaw.com, gwitherspoon@selmanlaw.com

Daniel J O'Connell        dan@djoalaw.com

David A Speziali        dspeziali@comcast.net

David C Humen        dhumen@dobslegal.com, cweeks@dobslegal.com

David E Chawes        dchawes@pregodonnell.com

Deborah K. St. Lawrence Thompson        deborah.thompson@nelsonmullins.com

Edward J White        exw@wlbdeflaw.com

NOTICE OF STATUS AND SETTLEMENT - 3
(Case No. 3:18-cv-05405-BHS)

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305

| | |
|---|---|
| 1 | Elizabeth Jean McLafferty    mclafferty@sgb-law.com, sgbasbestos@sgb-law.com |
| 2 | Erik Nadolink     nadolink@wtotrial.com, roberts@wtotrial.com |
| 3 | Erin P Fraser     efraser@tktrial.com, mtiegen@tktrial.com |
| 4 | |
| 5 | James D Hicks     jhicks@foleymansfield.com |
| 6 | James Edward Horne     jhorne@gth-law.com, imoservice@gth-law.com, wengell@gth-law.com |
| 7 | |
| 8 | James G Scadden     jscadden@grsm.com |
| 9 | James P. Brady     jbrady@foleymansfield.com, asbestos-sea@foleymansfield.com, jamesbrady515@gmail.com |
| 10 | Jeffrey M Odom     odomj@lanepowell.com, carchanoh@lanepowell.com, carrington-dahlk@lanepowell.com, docketing-sea@lanepowell.com, wallg@lanepowell.com |
| 11 | |
| 12 | John Fitzpatrick     fitzpatrick@wtotrial.com |
| 13 | John W Elder     jwe@painetarwater.com |
| 14 | Katherine A. Lawler     katherine.lawler@nelsonmullins.com, shemeka.eldridge@nelsonmullins.com |
| 15 | |
| 16 | Katherine M. Steele     Asbestos@bullivant.com, freida.mason@bullivant.com |
| 17 | Katie Bass     bassk@lanepowell.com, docketing-sea@lanepowell.com, wileyj@lanepowell.com |
| 18 | |
| 19 | Kevin J Craig     kcraig@gordonrees.com, akendrick@grsm.com |
| 20 | Lawrence D Wilson     ldwilson@ewhlaw.com |
| 21 | Lucas W.H. Garrett     garrett@sgb-law.com, sgbasbestos@sgb-law.com |
| 22 | Marc Marshall Carlton     marc.carlton@lewisbrisbois.com, stacey.miller@lewisbrisbois.com |
| 23 | Mark B Tuvim     mtuvim@gordonrees.com, akendrick@gordonrees.com, seaasbestos@grsm.com |
| 24 | |
| 25 | Melissa K Roeder     mroeder@foleymansfield.com |
| 26 | Meredith S Hudgens     mhudgens@foleymansfield.com |

NOTICE OF STATUS AND SETTLEMENT - 4
(Case No. 3:18-cv-05405-BHS)

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305

| | |
|---|---|
| 1 | Michael Edward Ricketts   mricketts@gth-law.com, cwallace@gth-law.com, wengell@gth-law.com |
| 2 | |
| 3 | Peter W Sheehan , Jr   peter.sheehan@nelsonmullins.com |
| 4 | Rachel Tallon Reynolds   Rachel.Reynolds@lewisbrisbois.com, Seattle-Asbestos@lewisbrisbois.com, stacey.miller@lewisbrisbois.com |
| 5 | |
| 6 | Randy J Aliment   randy.aliment@lewisbrisbois.com, annie.kliemann@lewisbrisbois.com, Stacey.Miller@lewisbrisbois.com |
| 7 | Rick C Shea   rshea@smbtrials.com |
| 8 | |
| 9 | Ronald C Gardner   rgardner@gandtlawfirm.com, khensley@gandtlawfirm.com |
| 10 | Ryan Wheeler   rwheeler@smbtrials.com |
| 11 | Stephanie B Ballard   sballard@pregodonnell.com |
| 12 | Thomas J. Breen   breen@sgb-law.com, sgbasbestos@sgb-law.com |
| 13 | Thurman W Zollicoffer , Jr   thurman.zollicoffer@nelsonmullins.com |
| 14 | Timothy Kost Thorson   thorson@carneylaw.com, keihn@carneylaw.com |
| 15 | Trevor J. Mohr   tmohr@gordonrees.com, seaasbestos@gordonrees.com |
| 16 | William D Harvard   WDHarvard@ewhlaw.com |

Dated this  22nd day of August, 2019, at Seattle, Washington.

*s/ Cameron Colbo*
Cameron Colbo, Legal Assistant
Schroeter, Goldmark & Bender
810 Third Avenue, Suite 500
Seattle, WA 98104
(206) 622-8000
colbo@sgb-law.com

NOTICE OF STATUS AND SETTLEMENT - 5
 (Case No. 3:18-cv-05405-BHS)

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305