The Honorable Benjamin H. Settle
Trial Date: September 10, 2019

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARIETTA DIANNE YAW, Individually and as Executor of the Estate of DONALD ARTHUR YAW,<br><br>  Plaintiff,<br><br>  v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, individually and as successor-in-interest to BUFFALO PUMPS, INC.; et al.,<br><br>  Defendants. | No. 3:18-cv-05405-BHS<br><br>NOTICE OF SETTLEMENT AS TO DEFENDANT CROWN CORK & SEAL COMPANY, INC. |

TO:   The Honorable Benjamin H. Settle:

Notice is hereby given that Defendant Crown Cork & Seal Company, Inc. and Plaintiff have reached settlement in the above-captioned matter. Defendant Crown Cork & Seal Company, Inc. and Plaintiff will submit a Stipulation and Proposed Order of Dismissal as to Crown Cork & Seal Company, Inc.

//

//

//

//

//

NOTICE OF SETTLEMENT AS TO DEFENDANT
CROWN CORK & SEAL COMPANY, INC. - 1
Case No.: 3:18-cv-05405-BHS

Tanenbaum Keale, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle WA 98101
(206) 889-5150

1 | DATED this 26th day of August, 2019.

LAW OFFICES OF BARRY N. MESHER LLC

s/Barry N. Mesher
Barry N. Mesher, WSBA #07845

Law Offices of Barry N. Mesher LLC
1001 East 25th Street, Tacoma, WA 98421
Mailing: P.O. Box 8100 Tacoma, WA 98419
(206) 412-3690
Email:   bnm@bnmesherlaw.com

Attorneys for Crown Cork & Seal Company, Inc.

NOTICE OF SETTLEMENT AS TO DEFENDANT
CROWN CORK & SEAL COMPANY, INC. - 2
Case No.: 3:18-cv-05405-BHS

Tanenbaum Keale, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle WA 98101
(206) 889-5150

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Thomas J. Breen<br>Lucas W.H. Garrett<br>Elizabeth J. McLaferty<br>SCHROETER GOLDMARK & BENDER<br>810 Third Avenue, Suite 500<br>Seattle, WA  98104-1657<br>Phone:  (206) 622-8000<br>FAX#:  (206) 682-2305<br>Email: SGBasbestos@sgb-law.com<br>***Attorneys for Plaintiffs*** | Benjamin H. Adams<br>Charles W. Branham, III<br>David C Humen (admitted pro hac vice)<br>DEAN OMAR & BRANHAM, LLP<br>302 N. Market Street, Suite 300<br>Dallas, TX 75202<br>Phone:  (214) 722-5990<br>Fax:  (214) 722-5991<br>Email: badams@dobllp.com<br>        tbranham@dobllp.com<br>        jjohnson@dobllp.com<br>        dhumen@dobslegal.com<br>        cweeks@dobllp.com<br>        dsmith-hogan@dobllp.com<br>***Attorneys for Plaintiffs*** |
| Allen E. Eraut<br>RIZZO MATTINGLY BOSWORTH PC<br>1300 SW Sixth Avenue, Suite 330<br>Portland, OR  97201-3530<br>Phone: (503) 229-1819<br>FAX #: (503) 229-0630<br>Email: asbestos@rizzopc.com<br>***Attorneys for Warren Pumps, LLC*** | Mark B. Tuvim<br>Kevin J. Craig<br>Trevor J. Mohr<br>GORDON & REES LLP<br>701 Fifth Avenue, Suite 2100<br>Seattle WA 98104<br>Phone: (206) 695-5100<br>FAX #: (206) 689-2822<br>E-Mail: SEAAsbestos@gordonrees.com<br>blg@wlbdeflaw.com (pro hac vice for ALSC)<br>vgunter@rdm.law (pro hac vice for Ingersoll-Rand)<br>***Attorneys for Air & Liquid Systems Corporation and Ingersoll Rand Company*** |

Signed at Tacoma, Washington this 26th day of August, 2019.

s/Barry N Mesher
Barry N Mesher
Law Offices of Barry N. Mesher LLC
1001 East 25th Street
Tacoma, WA 98421
(206) 889-5150
Email:   bnm@bnmesherlaw.com

NOTICE OF SETTLEMENT AS TO DEFENDANT
CROWN CORK & SEAL COMPANY, INC. - 3
Case No.: 3:18-cv-05405-BHS

Tanenbaum Keale, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle WA 98101
(206) 889-5150