The Honorable Benjamin H. Settle
Trial Date: September 10, 2019

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARIETTA DIANNE YAW, Individually and as Executor of the Estate of DONALD ARTHUR YAW,<br><br>Plaintiff,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, individually and as successor-in-interest to BUFFALO PUMPS, INC.; et al.,<br><br>Defendants. | No. 3:18-cv-05405-BHS<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT CROWN CORK & SEAL COMPANY, INC. |

**STIPULATION**

Plaintiff and Defendant Crown Cork & Seal Company, Inc. hereby stipulate that all claims against Crown Cork & Seal Company, Inc. only may be dismissed with prejudice and without costs and/or attorney fees as to either party.

DATED this 26th of August, 2019.              DATED this 26th of August, 2019.

DEAN OMAR & BRANHAM, LLP                      LAW OFFICES OF BARRY N. MESHER LLC

By s/David C. Humen                           By s/Barry N. Mesher
   David C. Humen (admitted *pro hac vice*)      Barry N. Mesher, WSBA #07845
   Attorneys for Plaintiff                       Attorneys for Defendant Crown Cork & Seal
                                                 Company, Inc.

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE OF DEFENDANT CROWN CORK & SEAL
COMPANY, INC. - 1
Case No.: 3:18-cv-05405-BHS

Tanenbaum Keale, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle WA 98101
(206) 889-5150

**ORDER OF DISMISSAL**

THIS MATTER having come before the Court by way of stipulated motion by the Plaintiff and Defendant Crown Cork & Seal Company, Inc. to dismiss all claims against Crown Cork & Seal Company, Inc. only with prejudice and without costs and/or attorney fees as to any party, and the Court being fully advised in the premises, now, and therefore it is hereby ORDERED as follows:

All claims against Defendant Crown Cork & Seal Company, Inc. only, are hereby dismissed with prejudice and without costs or attorney fees as to any party.

DATED this 27th day of August, 2019.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT CROWN CORK & SEAL COMPANY, INC. - 2
Case No.: 3:18-cv-05405-BHS

Tanenbaum Keale, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle WA 98101
(206) 889-5150