HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARIETTA DIANNE YAW, Individually and as Executor of the Estate of DONALD ARTHUR YAW,<br><br>Plaintiff,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, individually and as successor-in-interest to BUFFALO PUMPS, INC.; et al.,<br><br>Defendants. | No. 3:18-cv-05405-BHS<br><br>NOTICE OF STATUS AND SETTLEMENT |

Pursuant to the Court's Order dated August 22, 2019 (Dkt. # 275), Plaintiff hereby notifies the Court of the status of the following parties:

- Crown Cork & Seal Company, Inc. was dismissed from this action on August 27, 2019 (Dkt. # 278);

- Plaintiff reached settlement agreements with Defendants Goulds Pumps, Inc., Grinnell, LLC, and IMO Industries, Inc. and will submit stipulations and Proposed Orders of Dismissal.

//

NOTICE OF STATUS AND SETTLEMENT - 1
(Case No. 3:18-cv-05405-BHS)

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305

| | |
|---|---|
| 1 | DATED: August 27, 2019 |
| 2 | DEAN OMAR BRANHAM SHIRLEY, LLP |
| 3 | *s/ David C. Humen* |
| 4 | DAVID C. HUMEN (Admitted PHV) |
| 5 | 302 N. Market Street, Suite 300<br>Dallas, Texas 75202 |
| 6 | Phone: (214) 722-5990<br>Fax: (214) 722-5991 |
| 7 | Email: dhumen@dobslegal.com |
| 8 | and |
| 9 | SCHROETER, GOLDMARK & BENDER |
| 10 | *s/ Thomas J. Breen* |
| 11 | THOMAS J. BREEN, WSBA #34574<br>810 Third Avenue, Suite 500 |
| 12 | Seattle, WA 98104<br>Phone: (206) 622-8000 |
| 13 | Fax: (206) 682-2305<br>Email: SGBasbestos@sgb-law.com; |
| 14 | breen@sgb-law.com; |
| 15 | *Counsel for Plaintiff* |

NOTICE OF STATUS AND SETTLEMENT - 2
(Case No. 3:18-cv-05405-BHS)

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2019, I electronically filed the foregoing with the clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Alice Coles Serko   aserko@tktrial.com, aclements@tktrial.com

Allen Eraut   aeraut@rizzopc.com, asbestos@rizzopc.com, recordsmanagement@rizzopc.com

Benjamin H. Adams   badams@dobllp.com, cweeks@dobllp.com, cweeks@ecf.courtdrive.com

Bennett J Hansen   bhansen@pregodonnell.com, aanthony@pregodonnell.com

Brady L Green   blg@wlbdeflaw.com

Brian Bernard Smith   bsmith@foleymansfield.com, asbestos-sea@foleymansfield.com, brianrunfar@yahoo.com

Brian D Zeringer   zeringerb@lanepowell.com, docketing-sea@lanepowell.com, pottert@lanepowell.com, wallg@lanepowell.com

Christopher G Conley   cgconley@ewhlaw.com

Christopher S Marks   cmarks@tktrial.com, asbestos.service@tktrial.com, mtiegen@tktrial.com

Claude Bosworth   cbosworth@rizzopc.com, recordsmanagement@rizzopc.com

Daira S Waldenberg   dwaldenberg@selmanlaw.com, asbestoswa@selmanlaw.com, gwitherspoon@selmanlaw.com

Daniel J O'Connell   dan@djoalaw.com

David A Speziali   dspeziali@comcast.net

David C Humen   dhumen@dobslegal.com, cweeks@dobslegal.com

David E Chawes   dchawes@pregodonnell.com

Deborah K. St. Lawrence Thompson   deborah.thompson@nelsonmullins.com

Edward J White   exw@wlbdeflaw.com

NOTICE OF STATUS AND SETTLEMENT - 3
(Case No. 3:18-cv-05405-BHS)

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305

| | |
|---|---|
| 1 | Elizabeth Jean McLafferty     mclafferty@sgb-law.com, sgbasbestos@sgb-law.com |
| 2 | Erik Nadolink     nadolink@wtotrial.com, roberts@wtotrial.com |
| 3 | Erin P Fraser     efraser@tktrial.com, mtiegen@tktrial.com |
| 4 | James D Hicks     jhicks@foleymansfield.com |
| 5 6 | James Edward Horne     jhorne@gth-law.com, imoservice@gth-law.com, wengell@gth-law.com |
| 7 | James G Scadden     jscadden@grsm.com |
| 8 9 | James P. Brady     jbrady@foleymansfield.com, asbestos-sea@foleymansfield.com, jamesbrady515@gmail.com |
| 10 11 | Jeffrey M Odom     odomj@lanepowell.com, carchanoh@lanepowell.com, carrington-dahlk@lanepowell.com, docketing-sea@lanepowell.com, wallg@lanepowell.com |
| 12 | John Fitzpatrick     fitzpatrick@wtotrial.com |
| 13 | John W Elder     jwe@painetarwater.com |
| 14 15 | Katherine A. Lawler     katherine.lawler@nelsonmullins.com, shemeka.eldridge@nelsonmullins.com |
| 16 | Katherine M. Steele     Asbestos@bullivant.com, freida.mason@bullivant.com |
| 17 18 | Katie Bass     bassk@lanepowell.com, docketing-sea@lanepowell.com, wileyj@lanepowell.com |
| 19 | Kevin J Craig     kcraig@gordonrees.com, akendrick@grsm.com |
| 20 | Lawrence D Wilson     ldwilson@ewhlaw.com |
| 21 | Lucas W.H. Garrett     garrett@sgb-law.com, sgbasbestos@sgb-law.com |
| 22 | Marc Marshall Carlton     marc.carlton@lewisbrisbois.com, stacey.miller@lewisbrisbois.com |
| 23 24 | Mark B Tuvim     mtuvim@gordonrees.com, akendrick@gordonrees.com, seaasbestos@grsm.com |
| 25 | Melissa K Roeder     mroeder@foleymansfield.com |
| 26 | Meredith S Hudgens     mhudgens@foleymansfield.com |

NOTICE OF STATUS AND SETTLEMENT - 4
(Case No. 3:18-cv-05405-BHS)

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305

1  Michael Edward Ricketts     mricketts@gth-law.com, cwallace@gth-law.com, wengell@gth-law.com

2

3  Peter W Sheehan , Jr     peter.sheehan@nelsonmullins.com

4  Rachel Tallon Reynolds     Rachel.Reynolds@lewisbrisbois.com, Seattle-Asbestos@lewisbrisbois.com, stacey.miller@lewisbrisbois.com

5

6  Randy J Aliment     randy.aliment@lewisbrisbois.com, annie.kliemann@lewisbrisbois.com, Stacey.Miller@lewisbrisbois.com

7  Rick C Shea     rshea@smbtrials.com

8

9  Ronald C Gardner     rgardner@gandtlawfirm.com, khensley@gandtlawfirm.com

10  Ryan Wheeler     rwheeler@smbtrials.com

11  Stephanie B Ballard     sballard@pregodonnell.com

12  Thomas J. Breen     breen@sgb-law.com, sgbasbestos@sgb-law.com

13  Thurman W Zollicoffer , Jr     thurman.zollicoffer@nelsonmullins.com

14  Timothy Kost Thorson     thorson@carneylaw.com, keihn@carneylaw.com

15  Trevor J. Mohr     tmohr@gordonrees.com, seaasbestos@gordonrees.com

16

17  William D Harvard     WDHarvard@ewhlaw.com

18       Dated this 27th day of August, 2019, at Seattle, Washington.

19                                        *s/ Cameron Colbo*
                                          Cameron Colbo, Legal Assistant
20                                        Schroeter, Goldmark & Bender
                                          810 Third Avenue, Suite 500
21                                        Seattle, WA 98104
                                          (206) 622-8000
22                                        colbo@sgb-law.com

23

24

25

26

NOTICE OF STATUS AND SETTLEMENT - 5
(Case No. 3:18-cv-05405-BHS)

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305