Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DIVISION OF WASHINGTON AT TACOMA

| | |
|---|---|
| DONALD ARTHUR YAW and MARIETTA DIANNE YAW, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.<br><br>Defendants. | No. 3:18-cv-05405-BHS<br><br>STIPULATED MOTION TO DISMISS AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT GOULDS PUMPS LLC, ONLY<br><br>***CLERK'S ACTION REQUIRED*** |

STIPULATION

Plaintiffs and Defendant GOULDS PUMPS LLC, hereby stipulate that all claims against Defendant GOULDS PUMPS LLC, only, may be dismissed with prejudice and without costs and/or attorneys' fees as to either party.

DATED this 25th day of September, 2019.

SCHROETER, GOLDMARK & BENDER        GARDNER TRABOLSI & ASSOCIATES PLLC

By /s/ Lucas Garret                            By /s/ Ronald C. Gardner
Lucas Garrett, WSBA #38452                     Ronald C. Gardner, WSBA #9270
Attorney for Plaintiffs                        Attorney for Defendant Goulds Pumps LLC

STIPULATED MOTION TO DISMISS AND
ORDER OF DISMISSAL WITH PREJUDICE AS
TO DEFENDANT GOULDS PUMPS LLC,
ONLY - 1

GARDNER TRABOLSI & ASSOCIATES PLLC
ATTORNEYS
2200 SIXTH AVENUE, SUITE 600
SEATTLE, WASHINGTON 98121
TELEPHONE (206) 256-6309
FACSIMILE (206) 256-6318

## ORDER

It is ORDERED, ADJUDGED and DECREED that Plaintiffs' action against Defendant, GOULDS PUMPS LLC, only, is hereby dismissed with prejudice, no costs to be awarded.

DATED this 25 day of September, 2019.

_____
The Honorable Benjamin H. Settle

*Presented by:*

GARDNER TRABOLSI & ASSOCIATES PLLC

By */s/ Ronald C. Gardner*
Ronald C. Gardner, WSBA #9270
Attorney for Defendant Goulds Pumps LLC

*Approved as to form; notice of presentation waived;*

SCHROETER, GOLDMARK & BENDER

By */s/ Lucas Garret*
Lucas Garrett, WSBA #38452
Attorneys for Plaintiffs

STIPULATED MOTION TO DISMISS AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT GOULDS PUMPS LLC, ONLY - 2

GARDNER TRABOLSI & ASSOCIATES PLLC
ATTORNEYS
2200 SIXTH AVENUE, SUITE 600
SEATTLE, WASHINGTON 98121
TELEPHONE (206) 256-6309
FACSIMILE (206) 256-6318