Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DIVISION OF WASHINGTON AT TACOMA

| | |
|---|---|
| DONALD ARTHUR YAW and MARIETTA DIANNE YAW, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.<br><br>Defendants. | No. 3:18-cv-05405-BHS<br><br>STIPULATED MOTION TO DISMISS AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT GRINNELL LLC, ONLY<br><br>***CLERK'S ACTION REQUIRED*** |

## STIPULATION

Plaintiffs and Defendant GRINNELL, LLC, hereby stipulate that all claims against Defendant GRINNELL, LLC, only, may be dismissed with prejudice and without costs and/or attorneys' fees as to either party.

DATED this 2nd day of October, 2019.

| SCHROETER, GOLDMARK & BENDER | GARDNER TRABOLSI & ASSOCIATES PLLC |
|---|---|
| By /s/ Lucas Garrett<br>Lucas Garrett, WSBA #38452<br>Attorney for Plaintiffs | By /s/ Ronald C. Gardner<br>Ronald C. Gardner, WSBA #9270<br>Attorney for Defendant Grinnell LLC |

STIPULATED MOTION TO DISMISS AND
ORDER OF DISMISSAL WITH PREJUDICE AS
TO DEFENDANT GRINNELL LLC, ONLY - 1

GARDNER TRABOLSI & ASSOCIATES PLLC
ATTORNEYS
2200 SIXTH AVENUE, SUITE 600
SEATTLE, WASHINGTON 98121
TELEPHONE (206) 256-6309
FACSIMILE (206) 256-6318

DEAN OMAR BRANHAM SHIRLEY, LLP

By /s/ Benjamin H. Adams
/s/ David C. Humen
Benjamin H. Adams (Pro Hac Vice)
David C. Humen (Pro Hac Vice)
Attorneys for Plaintiffs

## ORDER

It is ORDERED, ADJUDGED and DECREED that Plaintiffs' action against Defendant, GRINNELL, LLC, only, is hereby dismissed with prejudice, no costs to be awarded.

DATED this __2__ day of __October__, 2019.

_____
The Honorable Benjamin H. Settle

*Presented by:*

GARDNER TRABOLSI & ASSOCIATES PLLC

By /s/ Ronald C. Gardner
Ronald C. Gardner, WSBA #9270
Attorney for Defendant Grinnell LLC

*Approved as to form; notice of presentation waived;*

SCHROETER, GOLDMARK & BENDER

By /s/ Lucas Garrett
Lucas Garrett, WSBA #38452
Attorneys for Plaintiffs

STIPULATED MOTION TO DISMISS AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT GRINNELL LLC, ONLY - 2

GARDNER TRABOLSI & ASSOCIATES PLLC
ATTORNEYS
2200 SIXTH AVENUE, SUITE 600
SEATTLE, WASHINGTON 98121
TELEPHONE (206) 256-6309
FACSIMILE (206) 256-6318

1 | DEAN OMAR BRANHAM SHIRLEY, LLP

By */s/ Benjamin H. Adams*
*/s/ David C. Humen*
Benjamin H. Adams (Pro Hac Vice)
David C. Humen (Pro Hac Vice)
Attorneys for Plaintiffs

STIPULATED MOTION TO DISMISS AND
ORDER OF DISMISSAL WITH PREJUDICE AS
TO DEFENDANT GRINNELL LLC, ONLY - 3

GARDNER TRABOLSI & ASSOCIATES PLLC
ATTORNEYS
2200 SIXTH AVENUE, SUITE 600
SEATTLE, WASHINGTON 98121
TELEPHONE (206) 256-6309
FACSIMILE (206) 256-6318