IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARIETTA DIANNE YAW,
Individually and as Executor of the Estate of
DONALD ARTHUR YAW

Plaintiff,

v.

AIR & LIQUID SYSTEMS CORPORATION, et al.;

Defendants.

No. 3:18-cv-05405-BHS

STIPULATED MOTION TO DISMISS AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT ARMSTRONG INTERNATIONAL INC., ONLY

*CLERK'S ACTION REQUIRED*

## STIPULATION

Plaintiff and Defendant Armstrong International Inc., hereby stipulate that all claims against Defendant Armstrong International Inc., only, may be dismissed with prejudice and without costs and/or attorneys' fees as to either party.

DATED this 14th day of October, 2019.

| | |
|---|---|
| SCHROETER, GOLDMARK & BENDER | PREG O'DONNELL & GILLETT PLLC |
| *s/ Thomas J. Breen* | *s/ Stephanie B. Ballard* |
| THOMAS J. BREEN, WSBA #34574 | Stephanie B. Ballard, WSBA #49268 |
| DEAN OMAR BRANHAM SHIRLEY, LLP | *Counsel for Defendant Armstrong International, Inc.* |
| *s/ David C. Humen* | |
| DAVID C. HUMEN (*Admitted Pro Hac Vice*) | |
| *Counsel for Plaintiff* | |

STIPULATED MOTION TO DISSMISS DEFENDANT
ARMSTRONG INTERNATIONAL, INC. - 1

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
(206) 622-8000

**ORDER**

It is ORDERED, ADJUDGED and DECREED that Plaintiff's action against Defendant Armstrong International Inc., only, is hereby dismissed with prejudice, no costs to be awarded.

Dated this 17th day of October, 2019.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

SCHROETER, GOLDMARK & BENDER

*s/ Thomas J. Breen*
THOMAS J. BREEN, WSBA #34574
810 Third Avenue, Suite 500
Seattle, WA 98104
Phone: (206) 622-8000
Fax: (206) 682-2305
Email:SGBasbestos@sgb-law.com;

and

DEAN OMAR BRANHAM SHIRLEY, LLP

*s/ David C. Humen*
DAVID C. HUMEN (*Admitted Pro Hac Vice*)
302 N. Market Street, Suite 300
Dallas, Texas 75202
Phone: (214) 722-5990
Fax: (214) 722-5991
Email: dhumen@dobslegal.com

*Counsel for Plaintiff*

STIPULATED MOTION TO DISSMISS DEFENDANT
ARMSTRONG INTERNATIONAL, INC. - 2

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305

1 | Approved as form; notice of presentation waived;

2 | PREG O'DONNELL & GILLETT, PLLC

3 | *s/ Stephanie B. Ballard*
4 | Stephanie B. Ballard, WSBA #49268
    Seattle, WA 98164
5 | Phone: (206) 287-1775
    Fax: (206) 287-9113
6 | Email: sballard@pregodonnell.com

7 | *Counsel for Defendant Armstrong International, Inc.*

STIPULATED MOTION TO DISSMISS DEFENDANT
ARMSTRONG INTERNATIONAL, INC. - 3

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305