1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARIETTA DIANNE YAW, Individually and as Executor of the Estate of DONALD ARTHUR YAW,<br><br>Plaintiff,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>Defendants. | NO. 3:18-CV-05405-BHS<br><br>STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT IMO INDUSTRIES, INC. WITH PREJUDICE<br><br>[Clerk's Action Required] |

## STIPULATION

COME NOW Plaintiff Marietta Diane Yaw, Individually and as Executor of the Estate of Donald Arthur Yaw, and Defendant IMO INDUSTRIES, INC., by and through their respective counsel, and stipulate to entry of an Order of Dismissal as to IMO INDUSTRIES, INC. only, such dismissal to be with prejudice and without costs to either party.

This stipulation and agreed order have been approved as to form; notice of presentation and hearing on said Order of Dismissal is hereby waived by the parties. Plaintiff reserves her claims against all other defendants.

Dated this 20th day of November, 2019.

STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT
IMO INDUSTRIES, INC. WITH PREJUDICE - 1 of 2
(NO. 3:18-cv-05405-BHS)
[4822-8499-4474]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE WA  98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

1  GORDON THOMAS HONEYWELL LLP

4  By /s/ James E. Horne
Michael E. Ricketts, WSBA No. 09387
mricketts@gth-law.com
James E. Horne, WSBA No. 12166
jhorne@gth-law.com

Attorneys for Defendant IMO Industries, Inc.

Dated this 18th day of November, 2019.

DEAN OMAR BRANHAM SHIRLEY, LLP

By /s/ Benjamin H. Adams [via email 11/18/19]
Benjamin H. Adams, *Pro Hac Vice*
badams@dobslegal.com
Attorneys for Plaintiff

ORDER

Based on the foregoing Stipulation, Defendant IMO INDUSTRIES, INC. only is hereby dismissed with prejudice and without costs to either party.  Plaintiff reserves her claims against all other defendants.

DATED this 22nd day of November, 2019.

_____
BENJAMIN H. SETTLE
United States District Judge

STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT
IMO INDUSTRIES, INC. WITH PREJUDICE - 2 of 2
(NO. 3:18-cv-05405-BHS)
[4822-8499-4474]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE WA  98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575