FILED

DEC 17 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARIETTA DIANNE YAW, Individually and as Executor of the Estate of Donald Arthur Yaw,<br><br>        Plaintiff-Appellant,<br><br>and<br><br>DONALD ARTHUR YAW,<br><br>        Plaintiff,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY; et al.,<br><br>        Defendants-Appellees,<br><br>and<br><br>AIR & LIQUID SYSTEMS CORPORATION; et al.,<br><br>        Defendants. | No. 19-35816<br><br>D.C. No. 3:18-cv-05405-BHS<br>Western District of Washington, Tacoma<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

     A review of the record and the responses to the court's October 2, 2019 order reflects that the district court has dismissed the remaining claims against the remaining defendants and entered final judgment. Accordingly, the premature

LCC/MOATT

notice of appeal has been cured, *see Anderson v. Allstate Ins. Co.*, 630 F.2d 677, 680 (9th Cir. 1980), and the October 2, 2019 order to show cause is discharged.

The opening brief and excerpts of record are due February 12, 2020; the answering brief is due March 13, 2020; and the optional reply brief is due within 21 days after service of the answering brief.